FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 18 PM 3: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH AGUILAR, III, JEAN AND MACKEY CUTRER, AND CARLA JARIUS | * * | CIVIL ACTION NO: 06-4660 |
| VERSUS | * | SECTION "F", MAG. (1) |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY, AND ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF COLLATERAL PROCEEDING
### PURSUANT TO LOCAL RULE 3.1

**NOW INTO COURT,** through the undersigned counsel, come the plaintiffs, and, pursuant to Local Rule 3.1, indicates that the following list of cases may constitute collateral proceedings pursuant to the local rule in that the subject matter of these lawsuits present the same or similar legal issues and seek the same or similar relief albeit the civil actions are by and between different plaintiffs and defendants.

This notice is being filed pursuant to the Local Rule 3.1.1 (e) so that the appropriate judges of this Court can determine whether these matters should be transferred to the section to which the lowest docket number has been allotted.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

| | |
|---|---|
| Docket No.: 06-4657, Section "J" | Walter James vs. Kemper Insurance Company |
| Docket No.: 06-4658, Section "A" | Arnold and Carolyn Mercadel, et al vs. The Hanover American Insurance Company, et al |
| Docket No.: 06-4659, Section "N" | Ruth Patterson, et al vs. United Fire & Indemnity Company, et al |
| Docket No.: 06-4660, Section "F" | Joseph Aguilar, III, et al vs. Allstate Fire and Casualty Insurance Company, et al |
| Docket No.: 06-4661, Section "F" | Jackie Battiste, et al vs. Travelers Casualty and Surety Company, et al |
| Docket No.: 06-4662, Section "S" | Maria K. Chetta, et al vs. State Farm Fire and Casualty Company, et al |
| Docket No.: 06-4663, Section "R" | Althea Phillips, et al vs. Scottsdale Indemnity Company, et al |
| Docket No.: 06-4664, Section "J" | Joseph and Evelyn Harrison, et al vs. Safeco Insurance Company of America, et al |
| Docket No.: 06-4665, Section "F" | Donell Barthelemy, et al vs. National Security Fire and Casualty Company |
| Docket No.: 06-4666, Section "N" | Elmore and Daisy Raymond, et al vs. National Lloyd's Insurance Company |
| Docket No.: 06-4667, Section "I" | Justin Crespo, et al vs. Liberty Mutual Fire Insurance Company, et al |
| Docket No.: 06-4668, Section "I" | Harold and Carol Newman, et al vs. Lexington Insurance Company, et al |
| Docket No.: 06-4669, Section "B" | Kevin Hayes, et al vs. Horace Mann Insurance Company, et al |
| Docket No.: 06-4670, Section "J" | Lois Conway, et al vs. Fidelity National Insurance Company, et al |
| Docket No.: 06-4671, Section "A" | Daniel Andrews, et al vs. Balboa Insurance Company |
| Docket No.: 06-4672, Section "K" | Bobby and Laura Anderson, et al vs. American Security Insurance Company |

Docket No.: 06-4673, Section "R"   Tracy Haywood, et al vs. American National General Insurance Company, et al

Respectfully Submitted:

JIM S. HALL & ASSOCIATES

_____
JIM S. HALL (Bar No.: 21644)
JOSEPH W. RAUSCH (Bar No.: 11394)
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799

## CERTIFICATE OF SERVICE

I hereby certify that I have this day forwarded a copy of the above and foregoing to all attorneys of record by depositing same in the United States mail, postage pre-paid and properly addressed this __14th__ day of September, 2006.

_____
JIM S. HALL