UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH AGUILAR, III, JEAN AND MACKEY CUTRER, AND CARLA JARIUS | * <br> *    CASE NO: 06-4660 <br> * <br> * |
| Plaintiffs, | *    JUDGE: FELDMAN <br> * |
| VERSUS | * <br> *    MAGISTRATE: SHUSHAN |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY, AND ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | * <br> * <br> * <br> * <br> * <br> * |
| Defendants. | * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **DEFENDANTS' MOTION TO DISMISS**

Allstate Indemnity Company and Allstate Insurance Company (collectively "Allstate") move to dismiss plaintiffs' claims on the following grounds as more fully explained in Allstate's accompanying memorandum:

1.

Plaintiffs, individually and on behalf of all similarly situated Louisiana Allstate insurance policyholders with property damage claims, sued Allstate. Plaintiffs alleged numerous

- 2 -

causes of action for breach of insurance contract; violation of La. R.S. 22:658, La. R.S. 22:658.2, and La. R.S. 22:1220; "violation of State and Federal laws pertaining to unfair trade practices"; "failure to tender fair and adequate payment for casualty losses"; and "other causes of action to be determined at trial."  (Compl. ¶ 30).  Allstate moved to dismiss plaintiffs' claims, including the class allegations.  *See* Allstate's Rule 12(b)(6) Motion To Dismiss and Rule 23(d)(4) Motion To Strike Class Allegations, Rec. Doc. No. 6.

2.

On March 5, 2007, this Court granted in part and denied in part Allstate's motion to dismiss.  *See* Order, dated March 5, 2007, Rec. Doc. No. 41.  Specifically, the Court dismissed plaintiffs' claims for violations of state and federal law concerning unfair trade practices; dismissed plaintiffs' flood claims; dismissed plaintiffs' claims against Allstate Fire & Casualty and Allstate Property and Casualty for lack of standing; and granted the motion to strike the class allegations.  *Id.*  With respect to the only remaining claims, breach of contract and bad faith penalties, the Court granted leave to plaintiffs to amend their complaint for their breach of contract and bad faith penalties claims within fourteen days.  *Id.*

3.

The plaintiffs failed to amend their complaint to correct the deficiencies with their breach of contract claim as ordered by the Court on March 5, 2007.  In addition, the February 5, 2007, deadline previously set by this Court for filing amended pleadings has passed.

4.

Accordingly, having failed to amend their Complaint to correct deficiencies with their only remaining claims for breach of contract, plaintiffs' suit should be dismissed in its entirety with prejudice.

5.

**WHEREFORE**, Allstate prays that the Court grant its motion and dismiss plaintiffs' suit with prejudice.

Respectfully submitted,

/s/ *Susan M. Rogge*
Judy Y. Barrasso, 2814
Susan M. Rogge, 28203
    Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700

Attorneys for Allstate Indemnity Company and Allstate Insurance Company ("Allstate")

- 4 -

## **C E R T I F I C A T E**

      I hereby certify that on April 6, 2007, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

- **Jim Hall**
  jim@jimshall.com

      There are no manual recipients listed on the Court's Electronic Mail Notice List.

                                        /s/ *Susan M. Rogge*